# EXHIBIT "A"

# KOMPAN
## Let's play

PBD RVW
APPROVED
04/22/2024
RPD

PO 48268

Page 1 of 4

## Sales Proposal

| | |
|---|---|
| Quote No. | SP135047-1 |
| Customer No. | C024500 |
| Document Date | 04/09/2024 |
| Expiration Date | 06/08/2024 |

Post Brothers
Ryan Donohue

| | |
|---|---|
| Sales Representative | Scott Lean |
| Email | |
| Phone No. | |

Project Name          US299738 One Thousand One Playground

| No. | Description | Qty | Unit | Unit Price | Discount % | Net Price |
|---|---|---|---|---|---|---|
| FSW301-CUSTOM  | FSW301 CUSTOM VARIANT 20281203 | 1 | Pieces | 3,410.00 | 12.85 | 2,971.81 |
| FAZ30100-CUSTOM | CUSTOM - Step, 8 in 20281205 | 1 | Pieces | 1,760.00 | 12.85 | 1,533.84 |
| FAZ50100-CUSTOM | CUSTOM - City Bike 20281206 | 1 | Pieces | 12,530.00 | 12.85 | 10,919.89 |
| FAZ50200-CUSTOM | CUSTOM - Sport Bike 20281207 | 1 | Pieces | 12,430.00 | 12.85 | 10,832.74 |
| FAZ52100-CUSTOM | CUSTOM - Cross Trainer 20281209 | 1 | Pieces | 18,960.00 | 12.85 | 16,523.64 |



Post Brothers
Ryan Donohue

███████████████████████████

## Sales Proposal

| | |
|---|---|
| Quote No. | SP135047-1 |
| Customer No. | C024500 |
| Document Date | 04/09/2024 |
| Expiration Date | 06/08/2024 |

| | |
|---|---|
| Sales Representative | Scott Lean |
| Email |  |
| Phone No. | |

| | |
|---|---|
| Project Name | US299738 One Thousand One Playground |

| No. | Description | Qty | Unit | Unit Price | Discount % | Net Price |
|---|---|---|---|---|---|---|
| FAZ60100-CUSTOM | CUSTOM - Chest Press<br><br>20281210 | 1 | Pieces | 15,600.00 | 12.85 | 13,595.40 |
| FAZ60200-CUSTOM | CUSTOM - Pull Down<br><br>20281211 | 1 | Pieces | 16,580.00 | 12.85 | 14,449.47 |
| FAZ60600-CUSTOM | CUSTOM - Abdominal Bench<br><br>20281212 | 1 | Pieces | 3,100.00 | 12.85 | 2,701.65 |
| FAZ60700-CUSTOM | CUSTOM - Lower Back Bench<br><br>20281214 | 1 | Pieces | 3,510.00 | 12.85 | 3,058.96 |
| FREIGHT | Freight | 1 | Pieces | 6,044.00 | | 6,044.00 |

| Description | Qty | Retail Price | Discount | Net Price |
|---|---|---|---|---|
| No. of Products | 9 | | | |
| Subtotal - Products | | 87,880.00 | 11,292.60 | 76,587.40 |
| Subtotal - Freight | | 6,044.00 | | 6,044.00 |
| **Total USD Excl. Tax** | | | | **82,631.40** |
| Estimated Tax rate | | | | 6,610.51 |
| **Total USD Incl. Tax** | | | | **89,241.91** |



Page 3 of 4

## Sales Proposal

| | |
|---|---|
| Quote No. | SP135047-1 |
| Customer No. | C024500 |
| Document Date | 04/09/2024 |
| Expiration Date | 06/08/2024 |

Post Brothers
Ryan Donohue

| | |
|---|---|
| Sales Representative | Scott Lean |
| Email | |
| Phone No. | |

| | |
|---|---|
| Project Name | US299738 One Thousand One Playground |

| | |
|---|---|
| **Payment Terms** | 50% Prepayment , 50% Net 30 days |



Note that the color and texture of products and surfacing made with recycled content are subjected by the differences from the used recycled raw materials. Therefore, minor differences in the appearance and texture can occur.

Applicable sales tax will be added unless a valid tax exemption certificate is provided. This amount is only an estimate of your tax liability.

Your acceptance of this proposal constitutes a valid order request and includes acceptance of terms and conditions contained within this Master Agreement, which is hereby acknowledged.
Acceptance of this proposal from KOMPAN is acknowledged by issuance of an order confirmation by an authorized KOMPAN representative.

Prices in this quotation are good until expiration date, shown in the top of this document. After that date, this proposal may be withdrawn.

Prevailing Wage and Payment & Performance Bonds are not included unless stated in body of Sales Proposal.  If Payment & Performance Bonds are needed, add 2.2% of the entire sales proposal.

This information required for order placement:

Accepted By (Please Print): **Ryan P Donohue**

Accepted By (Title): **Senior Design Manager**

Accepted By (signature): _____

Date: **05/03/2024**

_____    _____

Date Equipment needed on site: **ASAP**

Bill To: **BW PROPERTY OWNER, LLC**        Ship To: **ATTN: JIM TOOLAN**

Address: ▮▮▮▮▮▮▮▮▮▮▮▮        Address: ▮▮▮▮▮▮▮▮▮▮▮▮

City, State, Zip: ▮▮▮▮▮▮▮▮        City, State, Zip: ▮▮▮▮▮▮▮▮

Contact: **Ryan Donohue**        Contact: **Jim Toolan**

Contact Email: ▮▮▮▮▮▮▮▮        Contact Email: ▮▮▮▮▮▮▮▮

Contact Phone (Office): ▮▮▮▮▮        Contact Phone (Office): ▮▮▮▮▮

        Contact Phone (Cell): ▮▮▮▮▮

SALES TAX EXEMPTION CERTIFICATE #: _____

(PLEASE PROVIDE A COPY OF CERTIFICATE)

# EXHIBIT "B"



PO 48675

# Sales Proposal

Post Brothers

| | |
|---|---|
| Quote No. | SP136638-1 |
| Customer No. | C024500 |
| Document Date | 05/20/2024 |
| Expiration Date | 07/19/2024 |

PBD RVW
APPROVED
05/20/2024
RYAN P DONOHUE

| | |
|---|---|
| Sales Representative | Scott Lean |
| Email | |
| Phone No. | |

Project Name     US299738 One Thousand One Playground

| No. | Description | Qty | Unit | Unit Price | Discount % | Net Price |
|---|---|---|---|---|---|---|
| COR-TOWER-CUSTOM  | COR-TOWER-CUSTOM<br><br>882934 | 1 | Pieces | 149,400.00 | 17.50 | 123,255.00 |
| KSW922-CUSTOM | Custom - Swing Frame , 2 Seat, 8 ft H<br>20284428 | 1 | Pieces | 6,150.00 | 22.00 | 4,797.00 |
| COR710031-0400 | Embankment Tunnel Slide, 5 ft<br>In-ground -40cm (expansion bolts) | 1 | Pieces | 16,830.00 | 23.00 | 12,959.10 |
| ELE-CUSTOM | ELE-CUSTOM<br>4902234 | 1 | Pieces | 7,010.00 | 30.00 | 4,907.00 |
| COR711501-1030 | Enbankment Slide Extra wide, 5 ft<br>In-ground -40cm (expansion bolts) | 1 | Pieces | 26,150.00 | 32.00 | 17,782.00 |



Page 2 of 3

## Sales Proposal

Post Brothers
1040 N American Street, Suite 901
Philadelphia, PA 19123

| | |
|---|---|
| Quote No. | SP136638-1 |
| Customer No. | C024500 |
| Document Date | 05/20/2024 |
| Expiration Date | 07/19/2024 |

| | |
|---|---|
| Sales Representative | Scott Lean |
| Email | ScoLea@Kompan.com |
| Phone No. | 267-784-9791 / 800-426-9788 |

Project Name        US299738 One Thousand One Playground

| No. | Description | Qty | Unit | Unit Price | Discount % | Net Price |
|---|---|---|---|---|---|---|
| FREIGHT | Freight | 1 | Pieces | 11,927.00 | | 11,927.00 |

| Description | Qty | Retail Price | Discount | Net Price |
|---|---|---|---|---|
| No. of Products | 5 | | | |
| Subtotal - Products | | 205,540.00 | 41,839.90 | 163,700.10 |
| Subtotal - Freight | | 11,927.00 | | 11,927.00 |
| **Total USD Excl. Tax** | | | | **175,627.10** |
| Estimated Tax rate | | | | 14,050.17 |
| **Total USD Incl. Tax** | | | | **189,677.27** |

**Payment Terms**        50% Prepayment , 50% Net 30 days

---

KOMPAN, INC. | 605 W Howard Lane Ste 101 | Austin, TX 78753 | USA | Phone No. 1-800-426-9788
E-Mail Contact@KOMPAN.com | www.KOMPAN.us



Page 3 of 3

Note that the color and texture of products and surfacing made with recycled content are subjected by the differences from the used recycled raw materials. Therefore, minor differences in the appearance and texture can occur.

Applicable sales tax will be added unless a valid tax exemption certificate is provided. This amount is only an estimate of your tax liability.

Your acceptance of this proposal constitutes a valid order request and includes acceptance of terms and conditions contained within this Master Agreement, which is hereby acknowledged.
Acceptance of this proposal from KOMPAN is acknowledged by issuance of an order confirmation by an authorized KOMPAN representative.

Prices in this quotation are good until expiration date, shown in the top of this document. After that date, this proposal may be withdrawn.

Prevailing Wage and Payment & Performance Bonds are not included unless stated in body of Sales Proposal.  If Payment & Performance Bonds are needed, add 2.2% of the entire sales proposal.

This information required for order placement:

Accepted By (Please Print): _____

Accepted By (Title): _____

Accepted By (signature): _____

Date: _____

_____ _____

Date Equipment needed on site: _____

Bill To: _____        Ship To: _____

Address: _____        Address: _____

City, State, Zip: _____        City, State, Zip: _____

Contact: _____        Contact: _____

Contact Email: _____        Contact Email: _____

Contact Phone (Office): _____        Contact Phone (Office): _____

                                                                                         Contact Phone (Cell): _____

SALES TAX EXEMPTION CERTIFICATE #: _____
(PLEASE PROVIDE A COPY OF CERTIFICATE)

# EXHIBIT "C"



Page 1 of 2

# Sales - Invoice

| | |
|---|---|
| Invoice No. | INV127361 |
| Bill-to Customer No. | C024500 |
| Order No. | SO115701 |
| Document Date | 11/25/2024 |
| Due Date | 01/09/2025 |

Post Brothers
Ryan Donohue

| | |
|---|---|
| Sales Representative | Scott Lean |
| Email | |
| Phone No. | |
| Sales Support | |
| Email | |

External Document No.    PO 48268
Customer Ref.            Signed SP135047

Project Name             US299738 One Thousand One Playground

| No. | Description | Qty | Unit | Unit Price | Discount % | Net Price |
|---|---|---|---|---|---|---|
| FSW301-CUSTOM | FSW301 CUSTOM VARIANT 20281203 | 1 | Pieces | 3,410.00 | 12.85 | 2,971.81 |
| FAZ30100-CUSTOM | CUSTOM - Step, 8 in 20281205 | 1 | Pieces | 1,760.00 | 12.85 | 1,533.84 |
| FAZ50100-CUSTOM | CUSTOM - City Bike 20281206 | 1 | Pieces | 12,530.00 | 12.85 | 10,919.89 |
| FAZ50200-CUSTOM | CUSTOM - Sport Bike 20281207 | 1 | Pieces | 12,430.00 | 12.85 | 10,832.74 |
| FAZ52100-CUSTOM | CUSTOM - Cross Trainer 20281209 | 1 | Pieces | 18,960.00 | 12.85 | 16,523.64 |
| FAZ60100-CUSTOM | CUSTOM - Chest Press 20281210 | 1 | Pieces | 15,600.00 | 12.85 | 13,595.40 |
| FAZ60200-CUSTOM | CUSTOM - Pull Down 20281211 | 1 | Pieces | 16,580.00 | 12.85 | 14,449.47 |
| FAZ60600-CUSTOM | CUSTOM - Abdominal Bench 20281212 | 1 | Pieces | 3,100.00 | 12.85 | 2,701.65 |
| FAZ60700-CUSTOM | CUSTOM - Lower Back Bench 20281214 | 1 | Pieces | 3,510.00 | 12.85 | 3,058.96 |
| A380544-99 | SAFETY SIGN FOR FSW/FAZ US | 8 | Pieces | 5.44 | 100.00 | |
| A775357-110 | SAFETY SIGN FOR BIKE ENG | 1 | Pieces | 16.34 | 100.00 | |
| A775576-110 | SAFETY SIGN FOR CROSS TRAINER ENG | 1 | Pieces | 16.17 | 100.00 | |
| A775914-9914 | SAFETY SIGN CHEST PRESS UK | 1 | Pieces | 16.12 | 100.00 | |
| A775936-9914 | SAFETY SIGN PULL DOWN UK | 1 | Pieces | 16.12 | 100.00 | |
| FREIGHT | Freight | 1 | Pieces | 6,044.00 | | 6,044.00 |



| No. | Description | Qty | Unit | Unit Price | Discount % | Net Price |
|-----|-------------|-----|------|-----------|-----------|-----------|
| STORAGE COST | Storage Fee - Both Orders | 1 | Pieces | 700.00 | | 700.00 |

|  |  |
|--|--|
| **Total USD Excl. Tax** | **83,331.40** |
| Tax rate | 6,666.51 |
| **Total USD Incl. Tax** | **89,997.91** |

**Payment Terms**      Net 45 days

**Product Ship-to Address**

Post Brothers  One Thousand One
Jim Toolan

Ship-to Contact Phone
Ship-to Contact E-mail

**Sell-to Address**

Post Brothers
Ryan Donohue

**Installation Site Address**

Post Brothers  One Thousand One
1301 Washington Avenue
Philadelphia, PA 19123



Page 1 of 1

# Sales - Invoice

Post Brothers
Ryan Donohue

| | |
|---|---|
| Invoice No. | INV127362 |
| Bill-to Customer No. | C024500 |
| Order No. | SO116009 |
| Document Date | 11/25/2024 |
| Due Date | 01/09/2025 |

Sales Representative
Email
Phone No.
Sales Support
Email

External Document No.    PO 48675

Project Name    US299738 One Thousand One Playground

| No. | Description | Qty | Unit | Unit Price | Discount % | Net Price |
|---|---|---|---|---|---|---|
| COR-TOWER-CUSTOM | COR-TOWER-CUSTOM<br><br>882934 | 1 | Pieces | 149,400.00 | 17.50 | 123,255.00 |
| KSW922-CUSTOM | Custom - Swing Frame , 2 Seat, 8 ft H<br>20284428 | 1 | Pieces | 6,150.00 | 22.00 | 4,797.00 |
| COR710031-0400 | Embankment Tunnel Slide, 5 ft<br>In-ground -40cm (expansion bolts) | 1 | Pieces | 16,830.00 | 23.00 | 12,959.10 |
| ELE-CUSTOM | ELE-CUSTOM<br>4902234 | 1 | Pieces | 7,010.00 | 30.00 | 4,907.00 |
| COR711501-1030 | Enbankment Slide Extra wide, 5 ft<br>In-ground -40cm (expansion bolts) | 1 | Pieces | 26,150.00 | 32.00 | 17,782.00 |
| FREIGHT | Freight | 1 | Pieces | 11,927.00 | | 11,927.00 |

| | |
|---|---|
| **Total USD Excl. Tax** | **175,627.10** |
| Tax rate | 14,050.17 |
| **Total USD Incl. Tax** | **189,677.27** |

**Payment Terms**    Net 45 days

**Product Ship-to Address**

Post Brothers  One Thousand One
Jim Toolan

Ship-to Contact Phone
Ship-to Contact E-mail

**Sell-to Address**

Post Brothers
1021 N Hancock Street
Philadelphia, PA 19123

**Installation Site Address**

Post Brothers  One Thousand One
1301 Washington Avenue
Philadelphia, PA 19123

# EXHIBIT "D"



Lathrop GPM LLP
lathropgpm.com

80 South Eighth St.
3100 IDS Center
Minneapolis, MN 55402
Main: 612.632.3000

**Brooke F. Robbins**
Associate
brooke.robbins@lathropgpm.com
612.632.3472

May 22, 2025

**VIA EMAIL &**
**FIRST CLASS U.S. MAIL**

Post Brothers
Attn: Ryan Donohue

███████████████████████

Re:    **Open Invoices 127361 and 127362 Payable to Kompan, Inc. ("Kompan")**

Dear Mr. Donohue:

Please be advised that this Firm represents Kompan, Inc. ("Kompan"). Kompan advises us that you owe $279,675.18 for playground equipment ordered by Post Brothers. We further understand that Kompan has requested payment for the playground equipment for quite some time, and that you have failed to pay the full balance for the same.

Please consider this correspondence demand for immediate payment of the outstanding account balance of $279,675.18. Kompan has authorized us to pursue all available legal and equitable remedies to collect the outstanding balance due if the above-stated sum is not paid within seven (7) days.

Please contact me if you have any questions.

Sincerely,

Lathrop GPM LLP

Brooke F. Robbins

cc:    rebecca@postcre.com